# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

ELIA AZAR and DEAN ALFRANGE, on behalf of themselves and all others similarly situated,

    **Plaintiff(s),**

v.

BLOUNT INTERNATIONAL, INC., et al.,

    **Defendant(s).**

Civil Case No. 3:16-cv-00483

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Gary W. Kubek** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)   PERSONAL DATA:**

Name: **Kubek**, **Gary**, **W.**
    *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Firm or Business Affiliation: **Debevoise & Plimpton LLP**

Mailing Address: **919 Third Avenue**

City: **New York**   State: **NY**   Zip: **10022**

Phone Number: **(212) 909-6267**   Fax Number: **(212) 521-7067**

Business E-mail Address: **gwkubek@debevoise.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
New York State, 3/5/1979, Bar No. 1647460

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. Court of Appeals for the First Circuit, 11/7/2014, Bar No. 1167376

U.S. Court of Appeals for the Second Circuit, 1/22/1988, Bar No. 88-046

Please see addendum for additional federal court admissions.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
American Securities LLC

P2 Capital Partners, LLC

ASP Blade Intermediate Holdings, Inc.

ASP Blade Merger Sub, Inc.

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 22nd day of March, 2016

*(Signature of Pro Hac Counsel)*

Gary W. Kubek
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 22 day of March, 2016

*(Signature of Local Counsel)*

Name: SACKS                JEREMY              D
      *(Last Name)*        *(First Name)*      *(MI)*    *(Suffix)*

Oregon State Bar Number: 994262

Firm or Business Affiliation: STOEL RIVES LLP

Mailing Address: 900 SW FIFTH AVE. SUITE 2600

City: PORTLAND          State: OR     Zip: 97204

Phone Number: 503-294-9649      Business E-mail Address: jeremy.sacks@stoel.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

**Addendum to Gary W. Kubek's Application for Special Admission – *Pro Hac Vice*
Civil Case No. 3:16-cv-00483**

(2)(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
*Response continued from page 2.*

U.S. Court of Appeals for the Third Circuit, 11/15/1985, Bar No. N/A

U.S. District Court for the Southern District of New York, 3/18/1980, Bar No. GK1739

U.S. District Court for the Eastern District of New York, 3/18/1980, Bar No. GK1739