UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ELIA AZAR and DEAN ALFRANGE

        **Plaintiff(s),**

v.

BLOUNT INTERNATIONAL, INC., et al.

        **Defendant(s).**

Civil Case No. 3:16-cv-00483-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney W. Scott Holleman requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Holleman / William / Scott
(Last Name) / (First Name) / (MI) / (Suffix)

Firm or Business Affiliation: Johnson & Weaver, LLP
Mailing Address: 99 Madison Avenue, 5th Floor
City: New York    State: NY    Zip: 10016
Phone Number: (212) 802-1486    Fax Number: (212) 602-1592
Business E-mail Address: ScottH@johnsonandweaver.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
New York, 9/24/2008, Bar No. 4606364

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
E.D.N.Y., 10/07/2008, Bar No. WH-0328; S.D.N.Y., 10/07/2008, Bar No. WH-0328; N.D.N.Y., 02/28/2011, Bar No. 516735; 6th Circuit Court of Appeals, 11/13/2013

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiffs Elia Azar and Dean Alfrange

**(6)**     **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 23 day of March, 2016

_____
(Signature of Pro Hac Counsel)

W. Scott Holleman
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 23 day of March, 2016

_____
(Signature of Local Counsel)

Name: McGaughey, Robert, J.
    (Last Name)     (First Name)     (MI)     (Suffix)

Oregon State Bar Number: 800787

Firm or Business Affiliation: McGaughey Erickson

Mailing Address: 1500 SW First Ave., Suite 800

City: Portland    State: OR    Zip: 97201

Phone Number: (503) 223-7555    Business E-mail Address: bob@law7555.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge