UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ELIA AZAR, et al.

              Plaintiff(s),

v.

BLOUNT INTERNATIONAL, INC., et al.

              Defendant(s).

Civil Case No. 3:16-cv-00483-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Gary A. Bornstein requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Bornstein, Gary, A.
     (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: Cravath, Swaine & Moore LLP

Mailing Address: 825 Eighth Avenue

City: New York   State: NY   Zip: 10019

Phone Number: (212) 474-1084   Fax Number: (212) 474-3700

Business E-mail Address: GBornstein@cravath.com

**(2)** **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
NY Appellate Division, Second Department, 11/04/1998, bar number 2916815

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
US Supreme Court, 1/21/2014; Eastern District of NY, 2/06/2001; Southern District of NY, 2/06/2001; 2d Circuit, 12/08/2009; 3d Circuit, 12/16/2009; 4th Circuit, 6/14/2002; 5th Circuit, 11/02/2004; 9th Circuit, 12/11/2015

**(3)** **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)** **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)** **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Blount International, Inc., Andrew C. Clarke, Nelda J. Connors, E. Daniel James, Harold E. Layman

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 23 day of March, 2016

_____
(Signature of Pro Hac Counsel)

Gary A. Bornstein
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 24th day of March, 2016

_____
(Signature of Local Counsel)

Name: Sasaki, Joshua M.
     (Last Name)  (First Name)  (MI)  (Suffix)

Oregon State Bar Number: 964182
Firm or Business Affiliation: Miller Nash Graham & Dunn LLP
Mailing Address: 111 S.W. Fifth Avenue, Suite 3400
City: Portland    State: Oregon    Zip: 97204
Phone Number: 503-205-2410    Business E-mail Address: josh.sasaki@millernash.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge