UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ELIA AZAR and DEAN ALFRANGE, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

v.

BLOUNT INTERNATIONAL, INC., et al.,

    Defendant(s).

Civil Case No. 3:16-cv-00483

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Harriet M. Antczak requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Antczak (Last Name), Harriet (First Name), M. (MI), (Suffix)

Firm or Business Affiliation: Debevoise & Plimpton LLP

Mailing Address: 919 Third Avenue

City: New York    State: NY    Zip: 10022

Phone Number: (212) 909-6026    Fax Number: (212) 521-7409

Business E-mail Address: hmantcza@debevoise.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
New York State, 5/23/2011, Bar No. 4939708

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. Court of Appeals for the First Circuit, 11/7/2014, Bar No. 1167377
U.S. District Court, SDNY, 3/26/2013, Bar No. HA5382
U.S. District Court, WDNY, 7/11/2013, Bar No. N/A

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
American Securities LLC
P2 Capital Partners, LLC
ASP Blade Intermediate Holdings, Inc.
ASP Blade Merger Sub, Inc.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 25 day of March, 2016

_____
(Signature of Pro Hac Counsel)

Harriet M. Antczak
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 25th day of March, 2016

_____
(Signature of Local Counsel)

Name: Sacks          Jeremy          D.
      (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 994262
Firm or Business Affiliation: STOEL RIVES LLP
Mailing Address: 900 SW 5th Ave., Suite 2600
City: Portland     State: OR     Zip: 97204
Phone Number: 503-294-9649     Business E-mail Address: jeremy.sacks@stoel.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge