**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

_____
      **Plaintiff(s),**
v.

_____
      **Defendant(s).**

Civil Case No. _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)**   **PERSONAL DATA:**

        Name: _____
                *(Last Name)*         *(First Name)*       *(MI)*     *(Suffix)*

        Firm or Business Affiliation: _____

        Mailing Address: _____

        City: _____ State: _____ Zip: _____

        Phone Number: _____ Fax Number: _____

        Business E-mail Address: _____

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

    _____

    _____

    _____

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

    _____

    _____

    _____

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☐ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

_____

_____

_____

_____

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _____ day of _____, _____

/s/ Nathaniel Kritzer
*(Signature of Pro Hac Counsel)*

_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of _____, _____

/s/ B. John Casey
*(Signature of Local Counsel)*

Name: _____
*(Last Name)*                    *(First Name)*                    *(MI)*        *(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: _____

Mailing Address: _____

City: _____    State: _____    Zip: _____

Phone Number: _____    Business E-mail Address: _____

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

## **Exhibit A**

| Court | Number (If Applicable) | Date of Admission |
|---|---|---|
| United States Court Of Appeals For The Second Circuit | | 3/22/2013 |
| United States Court Of Appeals For The Third Circuit | | 9/3/2015 |
| United States Court Of Appeals For The Fifth Circuit | | 8/10/2012 |
| United States Court Of Appeals For The Eleventh Circuit | | 7/21/2015 |
| United States District Court for the Southern District of New York | NK1005 | 10/19/2010 |
| United States District Court for the Eastern District of New York | | 12/23/2014 |
| New York State Court | 4731600 | 6/23/2009 |

KE 40581181.1