**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

_____
             **Plaintiff(s),**
**v.**


_____
             **Defendant(s).**

**Civil Case No.** _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)    PERSONAL DATA:**

        Name: _____
                *(Last Name)*      *(First Name)*      *(MI)*    *(Suffix)*

        Firm or Business Affiliation: _____

        Mailing Address: _____

        City: _____ State: _____ Zip: _____

        Phone Number: _____ Fax Number: _____

        Business E-mail Address: _____

**(2)  BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

**(3)  CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☐ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)  CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)  REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _____ day of _____, _____

/s/ Jay P. Lefkowitz
*(Signature of Pro Hac Counsel)*

_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of _____, _____

/s/ B. John Casey
*(Signature of Local Counsel)*

Name: _____
      *(Last Name)*              *(First Name)*              *(MI)*      *(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: _____

Mailing Address: _____

City: _____  State: _____  Zip: _____

Phone Number: _____  Business E-mail Address: _____

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

**Exhibit A**

| Court | Number (If Applicable) | Date of Admission |
|---|---|---|
| United States Supreme Court | | 1/19/1993 |
| United States District Court For The District of Columbia | 449280 | 12/2/1996 |
| United States Court Of Appeals For The First Circuit | | 10/1/2015 |
| United States Court Of Appeals For The Second Circuit | | 2/23/1996 |
| United States Court Of Appeals For The Third Circuit | | 6/29/2012 |
| United States Court Of Appeals For The Fourth Circuit | | 2/14/1992 |
| United States Court Of Appeals For The Fifth Circuit | | 8/9/2007 |
| United States Court Of Appeals For The Sixth Circuit | | 11/13/2013 |
| United States Court Of Appeals For The Seventh Circuit | | 11/6/2015 |
| United States Court Of Appeals For The Eighth Circuit | | 4/19/1999 |
| United States Court Of Appeals For The Ninth Circuit | | 2/14/2001 |
| United States Court Of Appeals For The Tenth Circuit | | 4/15/2010 |
| United States Court Of Appeals For The Eleventh Circuit | | 12/13/2006 |

KE 40581162.1

2

| | | |
|---|---|---|
| United States Court Of Appeals For The Federal Circuit | | 12/9/2011 |
| United States Court Of Appeals For The DC Circuit | 46874 | 6/14/2000 |
| United States Tax Court | LJ 1041 | 5/2/2006 |
| United States District Court For The Southern District of New York | JL 7062 | 8/8/1989 |
| United States District Court For The Eastern District of New York | JL 7062 | 1/1/2009 |
| United States District Court For The Eastern District of Michigan | | 8/26/1994 |
| United States District Court For The Eastern District of Wisconsin | | 2/7/1997 |
| United States District Court For The District of Colorado | | 5/21/2007 |
| New York State Court | 2192425 | 3/21/1988 |
| District of Columbia Court of Appeals | 449280 | 2/5/1996 |