UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ELIA AZAR, et al.

          Plaintiff(s),

v.

BLOUNT INTERNATIONAL, INC., et al.

          Defendant(s).

Civil Case No. 3:16-cv-00483-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Rebecca L. Martin requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Martin, Rebecca L.
     (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: Davis Polk & Wardwell LLP
Mailing Address: 450 Lexington Avenue
City: New York   State: NY   Zip: 10017
Phone Number: (212) 450-4761   Fax Number: (212) 701-5761
Business E-mail Address: rebecca.martin@davispolk.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
New York, 3/12/2012, Registration Number: 5003470

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern District of New York, 3/8/2013
Southern District of New York, 3/22/2013

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants Robert E. Beasley, Jr., Ronald Cami, Max L. Lukens, and
Daniel J. Obringer

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 25 day of March, 2016

_____
(Signature of Pro Hac Counsel)

Rebecca L. Martin
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 28th day of March, 2016

_____
(Signature of Local Counsel)

Name: Sasaki, Joshua, M.
 *(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Oregon State Bar Number: 964182

Firm or Business Affiliation: Miller Nash Graham & Dunn LLP

Mailing Address: 111 S.W. Fifth Avenue, Suite 3400

City: Portland    State: Oregon    Zip: 97204

Phone Number: 503-205-2410    Business E-mail Address: josh.sasaki@millernash.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge