UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ELIA AZAR, et al.

          **Plaintiff(s),**

v.

BLOUNT INTERNATIONAL, INC., et al.

          **Defendant(s).**

Civil Case No. 3:16-cv-00483-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Lawrence J. Portnoy requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Portnoy, Lawrence J.
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: Davis Polk & Wardwell LLP
Mailing Address: 450 Lexington Avenue
City: New York    State: NY    Zip: 10017
Phone Number: (212) 450-4874    Fax Number: (212) 701-5874
Business E-mail Address: lawrence.portnoy@davispolk.com

(2)  **BAR ADMISSIONS INFORMATION:**

  (a)  State bar admission(s), date(s) of admission, and bar ID number(s):
  Please see Addendum A.

  (b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
  Please see Addendum A.

(3)  **CERTIFICATION OF DISCIPLINARY ACTIONS:**

  (a)  ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

  (b)  ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4)  **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

  I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5)  **REPRESENTATION STATEMENT:**

  I am representing the following party(s) in this case:
  Defendants Robert E. Beasley, Jr., Ronald Cami, Max L. Lukens,
  and Daniel J. Obringer

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __16__ day of __August__, __2016__

_____
*(Signature of Pro Hac Counsel)*

Lawrence J. Portnoy
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this _____ day of __August__, __2016__

_____
*(Signature of Local Counsel)*

Name: __Sasaki__           __Joshua__           __M.__
       *(Last Name)*       *(First Name)*      *(MI)*    *(Suffix)*

Oregon State Bar Number: __964182__
Firm or Business Affiliation: __Miller Nash Graham & Dunn LLP__
Mailing Address: __111 S.W. Fifth Avenue, Suite 3400__
City: __Portland__                    State: __Oregon__    Zip: __97204__
Phone Number: __503-205-2410__        Business E-mail Address: __josh.sasaki@millernash.com__

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## Addendum A

Lawrence J. Portnoy Application for Special Admission – *Pro Hac Vice*
*Azar et al. v. Blount International, Inc. et al.*, Civil Case No. 3:16-cv-00483-SI

| Court | Dates of Admission | Bar ID Number | Active |
|---|---|---|---|
| State of New York | 12/4/1989 | 2312650 | Yes |
| District of Columbia | 2/15/1991 | 427206 | No |
| Delaware Court of Chancery | 1/1/2013 | *Pro hac vice* | No |
| State of New Jersey | 1/1/2008 | *Pro hac vice* | No |
| State of Texas | | *Pro hac vice* | No |
| U.S. Court of Appeals, First Circuit | 5/23/2005 | 105538 | Yes |
| U.S. Court of Appeals, Second Circuit | 3/31/1999 | 99-206 | Yes |
| U.S. Court of Appeals, Third Circuit | 1/1/1992 | | Yes |
| U.S. Court of Appeals, Fourth Circuit | 11/13/2002 | | Yes |
| U.S. Court of Appeals, Fifth Circuit | 5/2/2005 | | No |
| U.S. Court of Appeals, Sixth Circuit | 5/19/10093 | | Yes |
| U.S. Court of Appeal, Ninth Circuit | 12/15/2009 | | Yes |

| | | | |
|---|---|---|---|
| U.S. District Court, Colorado | 4/5/2011 | | Yes |
| U.S. District Court, Connecticut | 6/7/2013 | ct29249 | Yes |
| U.S. District, E.D. New York | 4/10/1990 | LP-2538 | Yes |
| U.S. District, S.D. New York | 4/10/1990 | LP-2538 | Yes |
| U.S. Supreme Court | 3/22/2004 | | Yes |