**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

ELIA AZAR, et al.

_____
     **Plaintiff(s),**

v.

BLOUNT INTERNATIONAL, INC., et al.

_____
     **Defendant(s).**

**Civil Case No.** 3:16-cv-00483-SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _Robert Maxwell Tanner_____ requests special admission *pro hac vice* in
the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

**(1)**    **PERSONAL DATA:**

Name:  Tanner          Robert          M.
         *(Last Name)*        *(First Name)*     *(MI)*   *(Suffix)*

Firm or Business Affiliation: Cravath, Swaine & Moore

Mailing Address:     825 Eighth Avenue

City: New York        State: NY     Zip: 10019

Phone Number: (212) 474-1570     Fax Number: _____

Business E-mail Address: mtanner@cravath.com

**(2)**    **BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

New York, May 21, 2014, 5210232

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**    **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Blount International, Inc.; Andrew C. Clarke; Nelda J. Connors;

E. Daniel James; Harold E. Layman

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___13th___ day of ___December___, ___2016___

_____
*(Signature of Pro Hac Counsel)*

Robert Maxwell Tanner
_____
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___14th___ day of ___December___, ___2016___

_____
*(Signature of Local Counsel)*

Name: Christy                           Ian                              M.
      *(Last Name)*                  *(First Name)*               *(MI)*      *(Suffix)*

Oregon State Bar Number: 160116

Firm or Business Affiliation: Miller Nash Graham & Dunn LLP

Mailing Address: 111 S.W. Fifth Avenue, Suite 3400

City: Portland                          State: Oregon        Zip: 97204

Phone Number: 503-205-2416              Business E-mail Address: ian.christy@millernash.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---