# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Civil Case No. 3-16-cv-00483-SI

Elia Azar and Dean Alfange,
    Plaintiff(s),

v.

Blount International, Inc., et al
    Defendant(s).

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Nathan C. Strauss** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Strauss**, **Nathan**, **C.**
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Kirkland & Ellis LLP

Mailing Address: 601 Lexington Avenue

City: NewYork    State: New York    Zip: 10022-4611

Phone Number: 212-909-3481    Fax Number: 212-446-4900

Business E-mail Address: nathan.strauss@kirkland.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
New York, 7/14/14, 5274766

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Southern District of New York, 11/4/14, NS1187

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Joshua L. Collins

David A. Willmott

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 15 day of May, 2018

*(Signature of Pro Hac Counsel)*

Nathan C. Strauss
*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 15th day of May, 2018

_____
(Signature of Local Counsel)

Name: Casey (Last Name)   Bernard (First Name)   John (MI)   (Suffix)

Oregon State Bar Number: 120025

Firm or Business Affiliation: Stoel Rives LLP

Mailing Address: 760 SW Ninth Avenue, Suite 3000

City: Portland   State: Oregon   Zip: 97205

Phone Number: 503-294-9170   Business E-mail Address: john.casey@stoel.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing **NATHAN C. STRAUSS APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE FOR DEFENDANTS JOSHUA L. COLLINS AND DAVID A. WILLMOTT** to be served via CM/ECF electronic notification system on all parties requesting the same.

DATED: May 15, 2018.

STOEL RIVES LLP

/s/ B. John Casey
B. John Casey, OSB No. 120025
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
Email: john.casey@stoel.com

Counsel for Defendants
JOSHUA L. COLLINS and
DAVID A. WILLMOTT