UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ELIA AZAR, et al.   Plaintiff(s),

v.

BLOUNT INTERNATIONAL, INC., et al.

Defendant(s).

Andrew Philip Walker

Case No.: 3:16-cv-00483-SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

### Application for *Pro Hac Vice* Admission and CM/ECF Registration

Attorney __Andrew Philip Walker__ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s):

Defendants Robert E. Beasley, Jr., Ronald Cami, Max L. Lukens, and Daniel J. Obringer

In support of this application, I certify that: 1) I am an active member in good standing with the __New York__ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

(1) **PERSONAL DATA:**

Name: __Walker__    __Andrew__    __P.__
       *(Last Name)*    *(First Name)*   *(MI)*    *(Suffix)*

Agency/firm affiliation: __Davis Polk & Wardwell LLP__

Mailing address: __450 Lexington Avenue__

City: New York     State: NY     Zip: 10017

Phone number: 212-450-4646     Fax number: 212-701-5646

Business e-mail address: andrew.walker@davispolk.com

**(2) EDUCATION:**

   (a)    Undergraduate School: Grove City College

            City: Grove City State: PA

            Year Graduated: 2012 Degree(s): B.A.

   (b)    Graduate School:

            City:        State:

            Year Graduated:    Degree(s):

   (c)    Law School: New York University School of Law

            City: New York State: NY

            Year Graduated: 2015 Degree(s): J.D.

**(3) BAR ADMISSION INFORMATION:**

   (a)    State bar admission(s), date(s) of admission, and bar number(s):

            New York State Bar Admission; June 27, 2016; #451026

   (b)    Other federal court admission(s) and date(s) of admission:

            U.S. District Court; S.D., New York; April 24, 2018

**(4) CERTIFICATION OF DISCIPLINARY ACTIONS:**

[X] I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association. (See attached letter of explanation.)

(5) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(6) **CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 6/18/2018

_____
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: __Christy, Ian M.__
           *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

OSB number: __160116__     Date admitted: __1/11/2016__

Agency/firm affiliation: __Miller Nash Graham & Dunn LLP__

Mailing address: __111 S.W. Fifth Avenue, Suite 3400__

City: __Portland__     State: __OR__     Zip: __97204__

Phone number: __503-224-5858__     Fax number: __503-224-0155__

Business e-mail address: __ian.christy@millernash.com__

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number __3:16-cv-00483-SI__ .

DATED: __6/18/2018__ .

_____
*(Signature of Local Counsel)*

## COURT ACTION

Application for *pro hac vice* admission by _____ in case number _____ is hereby:

☐ Approved subject to payment of fees.
☐ Denied.

DATED: _____.

_____
United States District Judge