UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No.: __3:16-cv-00483-SI_____

ELIA AZAR, et al.    Plaintiff(s),

v.

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

BLOUNT INTERNATIONAL, INC., et al.

Defendant(s).

---

### Application for *Pro Hac Vice* Admission and CM/ECF Registration

Attorney __Nicole Valente_____ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s):

__Defendants Blount International, Inc., Andrew C. Clarke, Nelda J. Connors, E. Daniel James, Harold E. Layman__

---

In support of this application, I certify that: 1) I am an active member in good standing with the __New York____ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)    PERSONAL DATA:**

Name: __Valente_____    __Nicole_____    __D.__    _____
          *(Last Name)*                *(First Name)*              *(MI)*         *(Suffix)*

Agency/firm affiliation: __Cravath, Swaine & Moore LLP_____

Mailing address: __825 8th Avenue_____

City: __New York_____ State: __NY____ Zip: __10019___

Phone number: __212-450-4646_____ Fax number: __212-474-1957___

Business e-mail address: __nvalente@cravath.com_____

**(2)    EDUCATION:**

    **(a)**    Undergraduate School: _St. John's University_
            City: _Jamaica____ State: _NY_
            Year Graduated: _'13_ Degree(s): _B.S._

    **(b)**    Graduate School: _N/A_____
            City: _____ State: ____
            Year Graduated: ____ Degree(s): _____

    **(c)**    Law School: _University of Texas School of Law_
            City: _Austin_____ State: _TX_
            Year Graduated: _'16_ Degree(s): _J.D._

**(3)    BAR ADMISSION INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar number(s):

        _New York, November 20, 2017, 5557459_

    **(b)**    Other federal court admission(s) and date(s) of admission:

**(4)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    [X] I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

    [ ] I am now or have been subject to disciplinary action by a state or federal bar association.  (See attached letter of explanation.)

**(5)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(6)    CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: _06/29/2018_ .

(Signature)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: __Christy, Ian M._____
               *(Last Name)*             *(First Name)*        *(MI)*     *(Suffix)*

OSB number : **160116**_____ Date admitted: 1/11/2016_____

Agency/firm affiliation: __Miller Nash Graham & Dunn LLP_____

Mailing address: ___111 S.W. Fifth Avenue, Suite 3400_____

City:__Portland_____State:__OR_____ Zip: __97204___

Phone number:__503-224-5858_____Fax number: __503-224-0155____

Business e-mail address:_ian.christy@millernash.com_____

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number _3:16-cv-00483-SI_____.

DATED: __7/2/2018_____.

_____
*(Signature of Local Counsel)*

---
## COURT ACTION
---

Application for *pro hac vice* admission by _____ in case number

_____ is hereby:

    ☐  Approved subject to payment of fees.
    ☐  Denied.


DATED: _____.


_____
United States District Judge